PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date**

FILED
MAR 2 9 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE

WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.    Crim. No. SA-00-CR-358(01)FB

MICHAEL JOHNSON

On _____January 17, 2003_____ the above named was placed on probation/supervised release for a period of __5__ years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

_____
U.S. Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __29__ day of __March__, 20 __06__.

_____
United States District Judge

31